This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Gary Haddock v. Craig Stuart Wagoner, Jonathon Phelps, Paul William Bellows et al

| | |
|---|---|
| Case Number | 49D11-1904-CT-016004 |
| Court | Marion Superior Court, Civil Division 11 |
| Type | CT - Civil Tort |
| Filed | 04/19/2019 |
| Status | 04/19/2019 , Pending  (active) |

## Parties to the Case

Defendant   Wagoner, Craig Stuart

<u>Attorney</u>
Andrew Charles Scheil
*#3382649, Retained*

200 East Washington Street
Suite 1601
Indianapolis, IN 46204
317-327-4055(W)

Defendant   Phelps, Jonathon

<u>Attorney</u>
Andrew Charles Scheil
*#3382649, Retained*

200 East Washington Street
Suite 1601
Indianapolis, IN 46204
317-327-4055(W)

Defendant   Bellows, Paul William

<u>Attorney</u>
Andrew Charles Scheil
*#3382649, Retained*

200 East Washington Street
Suite 1601
Indianapolis, IN 46204
317-327-4055(W)

Defendant   Wagner-Gilbert, Michael Brian

<u>Attorney</u>
Andrew Charles Scheil
*#3382649, Retained*

200 East Washington Street
Suite 1601
Indianapolis, IN 46204
317-327-4055(W)

Defendant   Ferguson, Robert Paul

<u>Attorney</u>
Andrew Charles Scheil
*#3382649, Retained*

200 East Washington Street
Suite 1601
Indianapolis, IN 46204
317-327-4055(W)

Defendant   The City of Indianapolis

<u>Attorney</u>
Andrew Charles Scheil
*#3382649, Retained*

200 East Washington Street
Suite 1601
Indianapolis, IN 46204
317-327-4055(W)

Plaintiff    Haddock, Gary

<u>Attorney</u>
David R. Thompson
*#2880629, Retained*

The Law Offices of Robert D. King
22 East Washington Street
Suite 310
Indianapolis, IN 46204
317-916-0000(W)

## Chronological Case Summary

| 04/19/2019 | **Case Opened as a New Filing** |
| --- | --- |

**04/22/2019**    **Appearance Filed**
Appearance for the Plaintiff

| For Party: | Haddock, Gary |
| --- | --- |
| File Stamp: | 04/19/2019 |

**04/22/2019**    **Complaint/Equivalent Pleading Filed**
Complaint

| Filed By: | Haddock, Gary |
| --- | --- |
| File Stamp: | 04/19/2019 |

**04/22/2019**    **Subpoena/Summons Filed**
Summons to Defendant The City of Indianapolis

| Filed By: | Haddock, Gary |
| --- | --- |
| File Stamp: | 04/19/2019 |

**04/22/2019**    **Subpoena/Summons Filed**
Summons to Defendant Mayor Joseph Hogsett

| Filed By: | Haddock, Gary |
| --- | --- |
| File Stamp: | 04/19/2019 |

| 04/22/2019 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Craig Wagoner | |
| | Filed By: | Haddock, Gary |
| | File Stamp: | 04/19/2019 |

| 04/22/2019 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Defendant Jonathon Phelps | |
| | Filed By: | Haddock, Gary |
| | File Stamp: | 04/19/2019 |

| 04/22/2019 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Defendant Micheal Wagner-Gilbert | |
| | Filed By: | Haddock, Gary |
| | File Stamp: | 04/19/2019 |

| 04/22/2019 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Defendant Paul Bellows | |
| | Filed By: | Haddock, Gary |
| | File Stamp: | 04/19/2019 |

| 04/22/2019 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Defendant Robert Ferguson | |
| | Filed By: | Haddock, Gary |
| | File Stamp: | 04/19/2019 |

| 04/22/2019 | **Jury Trial Demand Filed** | |
|---|---|---|
| | Demand for Jury Trial | |
| | Filed By: | Haddock, Gary |
| | File Stamp: | 04/19/2019 |

| 04/30/2019 | **Certificate of Service - separately filed** | |
|---|---|---|
| | Proof of Service with Affidavit | |
| | Filed By: | Haddock, Gary |
| | File Stamp: | 04/29/2019 |

| 05/16/2019 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Notice of Automatic Extension of Time | |
| | Filed By: | Wagoner, Craig Stuart |
| | Filed By: | Phelps, Jonathon |
| | Filed By: | Bellows, Paul William |
| | Filed By: | Wagner-Gilbert, Michael Brian |
| | Filed By: | Ferguson, Robert Paul |
| | Filed By: | The City of Indianapolis |
| | File Stamp: | 05/16/2019 |

| 05/16/2019 | **Appearance Filed** |
|---|---|
| | E-Filing Appearance by Attorney in Civil Case |

| For Party: | Wagoner, Craig Stuart |
|---|---|
| For Party: | Phelps, Jonathon |
| For Party: | Bellows, Paul William |
| For Party: | Wagner-Gilbert, Michael Brian |
| For Party: | Ferguson, Robert Paul |
| For Party: | The City of Indianapolis |
| File Stamp: | 05/16/2019 |

## Financial Information

**\*** Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Haddock, Gary

Plaintiff

**Balance Due** (as of 05/24/2019)

**0.00**

#### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

#### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 04/22/2019 | Transaction Assessment | 157.00 |
| 04/22/2019 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

| | |
|---|---|
| Gary Haddock | ) |
|      *Plaintiff,* | ) |
| | ) |
|   v. | ) |
| | ) |
| Jonathon Phelps, | ) |
| Craig Stuart Wagoner | ) |
| Paul William Bellows, | ) |
| Michael Brian Wagner-Gilbert, | ) |
| Robert Paul Ferguson, and the | ) |
| City of Indianapolis, | ) |
|      *Defendants.* | ) |

## <u>Appearance by Attorneys in Civil Matter</u>

1.    The undersigned attorney and all attorneys listed on this form now appear in the case for the following party member: ***Gary Haddock***.

2.    Attorney Information (as applicable for service of process):

| Names: | Robert D. King, Jr. | David R. Thompson |
|---|---|---|
| Attorney Numbers: | 20963-49 | 28806-29 |
| Firm: | THE LAW OFFICE OF ROBERT D. KING, JR., P.C. | |

        Address:      22 E. Washington Street, Suite 310
                        Indianapolis, IN 46204

        Phone:        (317) 916-0000
        Fax:           (317) 955-1844
        Email Addresses:  rking@robertkinglaw.com; dthompson@robertkinglaw.com

3.    Case type requested: CT.

4.    Will Defendant accept service by Fax: No.

5.    Does this case involve support issues (and if so, social security numbers for family members involving support issues): No.

6.    Are there related cases: No.

7.      Additional information required by state or local rule: None.

Respectfully submitted,


    /s/ Robert D. King, Jr.
Robert D. King, Jr. (#20963-49)
ROB KING & ASSOCIATES, TRIAL LAWYERS
22 E. Washington St., Suite 310
Indianapolis, IN 46204
Phone: (317) 916-0000
Fax: (317) 955-1844
Email: rking@robertkinglaw.com

STATE OF INDIANA       )         IN THE MARION CIRCUIT/SUPERIOR COURT
                      ) SS:
COUNTY OF MARION      )         CAUSE NO.

Gary Haddock               )
        *Plaintiff,*      )
                      )
      v.              )
                      )
Jonathon Phelps,          )
Craig S. Wagoner,        )
Paul W. Bellows,         )
Michael B. Wagner-Gilbert,  )
Robert P. Ferguson, and the  )
City of Indianapolis,      )
        *Defendants.*     )

### Complaint for Damages

Plaintiff Gary Haddock ("Gary"), by counsel, files his Complaint for Damages, and in support hereof, states as follows:

### Facts Common to All Counts

1.     Gary is a resident of Marion County, Indiana.

2.     Defendant Jonathon Phelps ("Officer Phelps") was at all relevant times a duly appointed police officer of the City of Indianapolis, and was acting under color of state law as an employee of the Indianapolis Metropolitan Police Department ("IMPD").

3.     Defendant Craig S. Wagoner ("Officer Wagoner") was at all relevant times a duly appointed police officer of the City of Indianapolis, and was acting under color of state law as an employee of the IMPD.

4.     Defendant Paul W. Bellows ("Officer Bellows") was at all relevant times a duly appointed police officer of the City of Indianapolis, and was acting under color of state law as an employee of IMPD.

5.      Defendant Michael B. Wagner-Gilbert ("Officer Wagner-Gilbert") was at all relevant times a duly appointed police officer of the City of Indianapolis, and was acting under color of state law as an employee of the IMPD.

6.      Defendant Robert P. Ferguson ("Officer Ferguson") was at all relevant times a duly appointed police officer of the City of Indianapolis, and was acting under color of state law as an employee of the IMPD.

7.      Defendant City of Indianapolis is a municipal corporation and political subdivision of the State of Indiana, organized and existing under the laws of the State of Indiana.

8.      The City of Indianapolis operates the IMPD.

9.      On or about April 12, 2018, Gary and his wife Wendy Stepps stopped their rental car in the parking lot of a Walmart store located at 10617 E Washington Street in Indianapolis.

10.     Officers Phelps, Wagoner, Bellows, Wagner-Gilbert, and Ferguson (collectively, the "Officers") arrived to the Walmart due to a reported disturbance.

11.     The Officers approached Gary and Wendy.

12.     While attempting to respond to the Officers' questions, Wendy was told to "shut the fuck up" and was continuously interrupted.

13.     The Officers led Gary away from the rental vehicle and placed him in handcuffs.

14.     While being questioned, one of the Officers unlawfully and without justification lifted Gary and threw him to the ground, causing Gary to land across a curb on his side.

15.     As a result, Gary suffered three broken ribs and a collapsed lung.

16.     The Officers arrested Gary.

17.     Gary was incarcerated for three days.

18.     Officer Phelps prepared a probable cause affidavit in which he represented that

Wendy claimed to have been battered and strangled by Gary.

19.     In particular, Officer Phelps asserted that Wendy stated Gary had held her down and choked her and struck her in the face, and quotes Wendy as stating "this motherfucker is beating my ass and choking the shit out of me."

20.     Officer Wagoner prepared a probable cause affidavit containing similar representations.

21.     Wendy did not make any of the statements the Officers imputed to her in respect of Gary committing criminal conduct.

### Count 1: 42 U.S.C. § 1983 Claim for Illegal Seizure

22.     Gary incorporates the preceding paragraphs as though fully set forth below.

23.     The Officers deprived Gary of his rights, privileges, and immunities as secured by the laws and Constitution of the United States.

24.     The Officers illegally and unconstitutionally seized Gary without probable cause or any other legal justification.

25.     Gary was incarcerated as a result of the unconstitutional seizure

26.     As a direct and proximate result of the Officers' actions, Gary has suffered damages.

27.     Gary is entitled to attorney fees under 42 U.S.C. § 1988.

### Count 2: 42 U.S.C. § 1983 Claim for Excessive Force

28.     Gary incorporates the preceding paragraphs as though fully set forth below.

29.     The Officers deprived Gary of his rights, privileges, and immunities as secured by the laws and Constitution of the United States.

30.    The Officers illegally and unconstitutionally used unnecessary, unreasonable, and excessive force against Gary.

31.    As a direct and proximate result of the Officers' actions, Gary has suffered personal injuries and damages.

32.    Gary is entitled to attorney fees under 42 U.S.C. § 1988.

### Count 3: 42 U.S.C. § 1983 Claim for Making False or Misleading Statements in Support of a Probable Cause Affidavit

33.    Gary incorporates the preceding paragraphs as though fully set forth below.

34.    Officers Phelps and Wagoner knowingly or recklessly made false, misleading, or incomplete statements in support of a probable cause affidavit, in violation of the Fourth and Fourteenth Amendments to the U.S. Constitution.

35.    Officers Phelps and Wagoner knowingly, or with reckless disregard for the truth, made false, misleading, or incomplete statements in their probable cause affidavits.

36.    As a direct and proximate result of the actions of Officers Phelps and Wagoner, Gary has suffered damages.

37.    Gary is entitled to attorney fees under 42 U.S.C. § 1988.

### Count 4: 42 U.S.C. § 1983 Claim for Malicious Prosecution

38.    Gary incorporates the preceding paragraphs as though fully set forth below.

39.    Indiana law recognizes the tort of malicious prosecution.

40.    However, state actors enjoy immunity from claims of malicious prosecution.

41.    Therefore, Indiana does not provide a remedy against state actors for malicious prosecution.

42.    Consequently, Gary may bring a claim for malicious prosecution under 42 U.S.C.

§ 1983.

43.    The Officers instituted or caused to be instituted a criminal action against Gary.

44.    The Officers acted maliciously in so doing.

45.    The Officers had no probable cause to institute the action.

46.    The original action was terminated in Gary's favor.

47.    In respect of malice, the Officers were belligerent and verbally abusive toward Gary and Wendy.

48.    Further, malice can be inferred from the complete lack of probable cause for the Officers to arrest Gary and from the Officers withholding exculpatory evidence.

49.    The Officers deprived Gary of his rights, privileges, and immunities as secured by the laws and Constitution of the United States.

50.    The Officers' conduct resulted in the deprivation of Gary's right not to be deprived of his life, liberty, or property without due process of law.

51.    Gary suffered damages, including reputational, emotional, and financial harm.

52.    Gary is entitled to attorney fees under 42 U.S.C. § 1988.

### Count 5: 42 U.S.C. § 1983 Claim for Abuse of Process

53.    Gary incorporates the preceding paragraphs as though fully set forth below.

54.    The Officers instituted, caused to be instituted, maintained, or caused to be maintained the criminal investigation and/or prosecution of Gary for ulterior purposes.

55.    The officers' purpose was implemented by willful acts, including, but not limited to, lying in the probable cause affidavits.

56.    As a direct and proximate result of the Officers' acts, Gary has suffered injury and damages.

57.    Gary is entitled to attorney fees under 42 U.S.C. § 1988.

### Count 6: Battery

58.    Gary incorporates the preceding paragraphs as though fully set forth below.

59.    The Officers' conduct constitutes battery under Indiana state law.

60.    As a direct and proximate cause of the Officers' conduct, Gary has suffered personal injuries and damages.

61.    The City of Indianapolis is liable for the conduct of the Officers.

### Count 7: False Arrest

62.    Gary incorporates the preceding paragraphs as though fully set forth below.

63.    The Officers' conduct constitutes false arrest under Indiana state law.

64.    As a direct and proximate cause of the Officers' conduct, Gary has suffered personal injuries and damages.

65.    The City of Indianapolis is liable for the conduct of the Officers.

WHEREFORE, Plaintiff respectfully requests a judgment against Defendants in an amount that will fully and fairly compensate him for his damages, for the cost of this action, including attorney fees, and for all other relief just and appropriate in the premises.

Respectfully submitted,


  /s/ Robert D. King, Jr.
Robert D. King, Jr. (#20963-49)
ROB KING & ASSOCIATES, TRIAL LAWYERS
22 E. Washington St., Suite 310
Indianapolis, IN 46204
Phone: (317) 916-0000
Fax: (317) 955-1844
Email: rking@robertkinglaw.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

| | |
|---|---|
| Gary Haddock | ) |
|       *Plaintiff,* | ) |
| | ) |
|    v. | ) |
| | ) |
| Jonathon Phelps, | ) |
| Craig S. Wagoner, | ) |
| Paul W. Bellows, | ) |
| Michael B. Wagner-Gilbert, | ) |
| Robert P. Ferguson, and the | ) |
| City of Indianapolis, | ) |
|       *Defendants.* | ) |

## **Summons**

To Defendant:    The City of Indianapolis
c/o Office of Corporation Counsel
200 E. Washington Street, Room 1601
Indianapolis, IN 46204

You are hereby notified that you have been summoned by the person named as Plaintiff and in the Court indicated above. The nature of the suit is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made by the Plaintiff.

An Answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer. If you need the name of an attorney, you may contact the Indiana State Bar Association at (317) 639-5465.

Dated: 4/22/2019
_____

*Myla A. Eldridge*
Clerk of Marion Superior/Circuit Court

 X   Registered or Certified Mail
___ Service on individual of the above address
___ Service at place of employment
___ Service on agent

/s/ Robert D. King, Jr.
_____
Robert D. King, Jr. (#20963-49)
ROB KING & ASSOCIATES, TRIAL LAWYERS
22 E. Washington St., Suite 310
Indianapolis, IN 46204
Phone: (317) 916-0000; Fax: (317) 955-1844

MARION COUNTY COURTS
SEAL
INDIANA

## Sheriff's Return on Service of Summons

I hereby certify that I have served this summons on the _____ day of _____, 2019.

   (1)  By delivering a copy of the Summons and a copy of the complaint to the Defendant,

   (2)  By leaving a copy of the Summons and a copy of the complaint at _____,
which is the dwelling place or usual place of abode of Defendant _____
and by mailing a copy of the Summons to the Defendant at the above address.

   (3)  Other Service or Remarks:

Sheriff's Costs                    Sheriff _____

                                   by Deputy _____

## Clerk's Certificate of Mailing

    I hereby certify that on the _____ day of _____, 2019, I mailed a copy of this Summons and a copy of the complaint to the Defendant _____
by mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated: _____        Clerk, _____ Superior Court

                                 by _____

## Return on Service of Summons by Mail

    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant _____
was accepted by the Defendant on the _____ day of _____, 2019.

    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 2019.

    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant _____
was accepted by _____ on behalf of the Defendant on the _____ day of _____, 2019.

                            Clerk, _____ Superior Court

                                 by _____

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

| | |
|---|---|
| Gary Haddock | ) |
|        *Plaintiff*, | ) |
| | ) |
|    v. | ) |
| | ) |
| Jonathon Phelps, | ) |
| Craig S. Wagoner, | ) |
| Paul W. Bellows, | ) |
| Michael B. Wagner-Gilbert, | ) |
| Robert P. Ferguson, and the | ) |
| City of Indianapolis, | ) |
|        *Defendants*. | ) |

### Summons

<u>To Defendant:</u>     The City of Indianapolis
                 c/o Joseph Hogsett, Mayor
                 200 E. Washington Street, Room 2501
                 Indianapolis, IN 46204

You are hereby notified that you have been summoned by the person named as Plaintiff and in the Court indicated above.  The nature of the suit is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made by the Plaintiff.

An Answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.  If you need the name of an attorney, you may contact the Indiana State Bar Association at (317) 639-5465.

Dated: __4/22/2019_____

                              *Myla A. Eldridge*
                              Clerk of Marion Superior/Circuit Court

 X  Registered or Certified Mail
___ Service on individual of the above address
___ Service at place of employment
___ Service on agent

   /s/ Robert D. King, Jr.
   Robert D. King, Jr. (#20963-49)
   ROB KING & ASSOCIATES, TRIAL LAWYERS
   22 E. Washington St., Suite 310
   Indianapolis, IN 46204
   Phone: (317) 916-0000; Fax: (317) 955-1844

SEAL
MARION COUNTY COURTS
INDIANA

## Sheriff's Return on Service of Summons

I hereby certify that I have served this summons on the _____ day of _____, 2019.

   (1)  By delivering a copy of the Summons and a copy of the complaint to the Defendant,

   (2)  By leaving a copy of the Summons and a copy of the complaint at _____, which is the dwelling place or usual place of abode of Defendant _____ and by mailing a copy of the Summons to the Defendant at the above address.

   (3)  Other Service or Remarks:

Sheriff's Costs                 Sheriff _____

                                 by Deputy _____

## Clerk's Certificate of Mailing

I hereby certify that on the _____ day of _____, 2019, I mailed a copy of this Summons and a copy of the complaint to the Defendant _____ by mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated: _____       Clerk, _____ Superior Court

                                 by _____

## Return on Service of Summons by Mail

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant _____ was accepted by the Defendant on the _____ day of _____, 2019.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 2019.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant _____ was accepted by _____ on behalf of the Defendant on the _____ day of _____, 2019.

                        Clerk, _____ Superior Court

                        by _____

STATE OF INDIANA     )     IN THE MARION CIRCUIT/SUPERIOR COURT
                     ) SS:
COUNTY OF MARION    )     CAUSE NO.

Gary Haddock           )
       *Plaintiff,*      )
                     )
     v.            )
                     )
Jonathon Phelps,      )
Craig S. Wagoner,     )
Paul W. Bellows,      )
Michael B. Wagner-Gilbert, )
Robert P. Ferguson, and the )
City of Indianapolis,    )
       *Defendants.*    )

## Summons

To Defendant:     Craig S. Wagoner
                c/o Office of Corporation Counsel
                200 E. Washington Street, Room 1601
                Indianapolis, IN 46204

You are hereby notified that you have been summoned by the person named as Plaintiff and in the Court indicated above. The nature of the suit is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made by the Plaintiff.

An Answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer. If you need the name of an attorney, you may contact the Indiana State Bar Association at (317) 639-5465.

Dated: ____4/22/2019_____

*Myla A. Eldridge*
Clerk of Marion Superior/Circuit Court

 X  Registered or Certified Mail       /s/ Robert D. King, Jr.
___ Service on individual of the above address   Robert D. King, Jr. (#20963-49)
___ Service at place of employment      ROB KING & ASSOCIATES, TRIAL LAWYERS
___ Service on agent                22 E. Washington St., Suite 310
                            Indianapolis, IN 46204
                            Phone: (317) 916-0000; Fax: (317) 955-1844

MARION COUNTY COURTS

SEAL

INDIANA

## Sheriff's Return on Service of Summons

I hereby certify that I have served this summons on the _____ day of _____, 2019.

   (1)  By delivering a copy of the Summons and a copy of the complaint to the Defendant,

   (2)  By leaving a copy of the Summons and a copy of the complaint at _____, which is the dwelling place or usual place of abode of Defendant _____ and by mailing a copy of the Summons to the Defendant at the above address.

   (3)  Other Service or Remarks:

Sheriff's Costs                Sheriff _____

                                 by Deputy _____

## Clerk's Certificate of Mailing

     I hereby certify that on the _____ day of _____, 2019, I mailed a copy of this Summons and a copy of the complaint to the Defendant _____ by mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated: _____      Clerk, _____ Superior Court

                                 by _____

## Return on Service of Summons by Mail

     I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant _____ was accepted by the Defendant on the _____ day of _____, 2019.

     I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 2019.

     I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant _____ was accepted by _____ on behalf of the Defendant on the _____ day of _____, 2019.

                         Clerk, _____ Superior Court

                               by _____

| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

| | |
|---|---|
| Gary Haddock | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| Jonathon Phelps, | ) |
| Craig S. Wagoner, | ) |
| Paul W. Bellows, | ) |
| Michael B. Wagner-Gilbert, | ) |
| Robert P. Ferguson, and the | ) |
| City of Indianapolis, | ) |
| *Defendants.* | ) |

### Summons

To Defendant:    Jonathon Phelps
c/o Office of Corporation Counsel
200 E. Washington Street, Room 1601
Indianapolis, IN 46204

You are hereby notified that you have been summoned by the person named as Plaintiff and in the Court indicated above. The nature of the suit is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made by the Plaintiff.

An Answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer. If you need the name of an attorney, you may contact the Indiana State Bar Association at (317) 639-5465.

Dated: 4/22/2019 _____    *Myla A. Eldridge*
Clerk of Marion Superior/Circuit Court

 X  Registered or Certified Mail    /s/ Robert D. King, Jr.
___ Service on individual of the above address    Robert D. King, Jr. (#20963-49)
___ Service at place of employment    ROB KING & ASSOCIATES, TRIAL LAWYERS
___ Service on agent    22 E. Washington St., Suite 310
Indianapolis, IN 46204
Phone: (317) 916-0000; Fax: (317) 955-1844

MARION COUNTY COURTS
SEAL
INDIANA

## Sheriff's Return on Service of Summons

I hereby certify that I have served this summons on the _____ day of _____, 2019.

   (1)  By delivering a copy of the Summons and a copy of the complaint to the Defendant,

   (2)  By leaving a copy of the Summons and a copy of the complaint at _____, which is the dwelling place or usual place of abode of Defendant _____ and by mailing a copy of the Summons to the Defendant at the above address.

   (3)  Other Service or Remarks:

Sheriff's Costs                Sheriff _____

                                  by Deputy _____

## Clerk's Certificate of Mailing

      I hereby certify that on the _____ day of _____, 2019, I mailed a copy of this Summons and a copy of the complaint to the Defendant _____ by mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated: _____       Clerk, _____ Superior Court

                                by _____

## Return on Service of Summons by Mail

      I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant _____ was accepted by the Defendant on the _____ day of _____, 2019.

      I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 2019.

      I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant _____ was accepted by _____ on behalf of the Defendant on the _____ day of _____, 2019.

                              Clerk, _____ Superior Court

                                by _____

STATE OF INDIANA   )   IN THE MARION CIRCUIT/SUPERIOR COURT
           ) SS:
COUNTY OF MARION   )   CAUSE NO.

| | |
|---|---|
| Gary Haddock | ) |
|    *Plaintiff*, | ) |
| | ) |
|   v. | ) |
| | ) |
| Jonathon Phelps, | ) |
| Craig S. Wagoner, | ) |
| Paul W. Bellows, | ) |
| Michael B. Wagner-Gilbert, | ) |
| Robert P. Ferguson, and the | ) |
| City of Indianapolis, | ) |
|    *Defendants*. | ) |

### **Summons**

  To Defendant:   Michael B. Wagner-Gilbert
           c/o Office of Corporation Counsel
           200 E. Washington Street, Room 1601
           Indianapolis, IN 46204

You are hereby notified that you have been summoned by the person named as Plaintiff and in the Court indicated above.  The nature of the suit is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made by the Plaintiff.

An Answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.  If you need the name of an attorney, you may contact the Indiana State Bar Association at (317) 639-5465.

Dated: ___4/22/2019_____

                *Myla A. Eldridge*
                Clerk of Marion Superior/Circuit Court

 _X_ Registered or Certified Mail
 ___ Service on individual of the above address
 ___ Service at place of employment
 ___ Service on agent

       /s/ Robert D. King, Jr.
       Robert D. King, Jr. (#20963-49)
       ROB KING & ASSOCIATES, TRIAL LAWYERS
       22 E. Washington St., Suite 310
       Indianapolis, IN 46204
       Phone: (317) 916-0000; Fax: (317) 955-1844

MARION COUNTY COURTS

SEAL

INDIANA

## Sheriff's Return on Service of Summons

I hereby certify that I have served this summons on the _____ day of _____, 2019.

    (1)  By delivering a copy of the Summons and a copy of the complaint to the Defendant,

    (2)  By leaving a copy of the Summons and a copy of the complaint at _____, which is the dwelling place or usual place of abode of Defendant _____ and by mailing a copy of the Summons to the Defendant at the above address.

    (3)  Other Service or Remarks:

Sheriff's Costs                Sheriff _____

                                   by Deputy _____

## Clerk's Certificate of Mailing

I hereby certify that on the _____ day of _____, 2019, I mailed a copy of this Summons and a copy of the complaint to the Defendant _____ by mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated: _____        Clerk, _____ Superior Court

                                   by _____

## Return on Service of Summons by Mail

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant _____ was accepted by the Defendant on the _____ day of _____, 2019.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 2019.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant _____ was accepted by _____ on behalf of the Defendant on the _____ day of _____, 2019.

                                   Clerk, _____ Superior Court

                                   by _____

Case 1:19-cv-02078-JRS-MJD    49D11-1904-CT-018005/24/19    Page 23 of 36 PageID
#: 26
Filed: 4/19/2019 2:01 PM
Clerk
Marion County, Indiana
Marion Superior Court, Civil Division 11

STATE OF INDIANA      )        IN THE MARION CIRCUIT/SUPERIOR COURT

                   ) SS:

COUNTY OF MARION     )        CAUSE NO.

| | |
|---|---|
| Gary Haddock | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| Jonathon Phelps, | ) |
| Craig S. Wagoner, | ) |
| Paul W. Bellows, | ) |
| Michael B. Wagner-Gilbert, | ) |
| Robert P. Ferguson, and the | ) |
| City of Indianapolis, | ) |
| *Defendants*. | ) |

## Summons

To Defendant:      Paul W. Bellows
                      c/o Office of Corporation Counsel
                      200 E. Washington Street, Room 1601
                      Indianapolis, IN 46204

You are hereby notified that you have been summoned by the person named as Plaintiff and in the Court indicated above. The nature of the suit is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made by the Plaintiff.

An Answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer. If you need the name of an attorney, you may contact the Indiana State Bar Association at (317) 639-5465.

Dated: _4/22/2019_____

*Myla A. Eldridge*
Clerk of Marion Superior/Circuit Court

 X  Registered or Certified Mail
___ Service on individual of the above address
___ Service at place of employment
___ Service on agent

/s/ Robert D. King, Jr.
Robert D. King, Jr. (#20963-49)
Rᴏʙ Kɪɴɢ & Aѕѕᴏᴄɪᴀᴛᴇѕ, Tʀɪᴀʟ Lᴀᴡʏᴇʀѕ
22 E. Washington St., Suite 310
Indianapolis, IN 46204
Phone: (317) 916-0000; Fax: (317) 955-1844

MARION COUNTY COURTS

SEAL

INDIANA

## Sheriff's Return on Service of Summons

I hereby certify that I have served this summons on the _____ day of _____, 2019.

(1)  By delivering a copy of the Summons and a copy of the complaint to the Defendant,

(2)  By leaving a copy of the Summons and a copy of the complaint at _____, which is the dwelling place or usual place of abode of Defendant _____ and by mailing a copy of the Summons to the Defendant at the above address.

(3)  Other Service or Remarks:

Sheriff's Costs                          Sheriff _____

                                         by Deputy _____

## Clerk's Certificate of Mailing

I hereby certify that on the _____ day of _____, 2019, I mailed a copy of this Summons and a copy of the complaint to the Defendant _____ by mail, requesting a return receipt, at the address furnished by the Plaintiff.


Dated: _____          Clerk, _____ Superior Court

                                     by _____

## Return on Service of Summons by Mail

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant _____ was accepted by the Defendant on the _____ day of _____, 2019.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 2019.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant _____ was accepted by _____ on behalf of the Defendant on the _____ day of _____, 2019.

                                     Clerk, _____ Superior Court

                                     by _____

| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

| | |
|---|---|
| Gary Haddock | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| Jonathon Phelps, | ) |
| Craig S. Wagoner, | ) |
| Paul W. Bellows, | ) |
| Michael B. Wagner-Gilbert, | ) |
| Robert P. Ferguson, and the | ) |
| City of Indianapolis, | ) |
| *Defendants.* | ) |

### Summons

To Defendant:    Robert P. Ferguson
c/o Office of Corporation Counsel
200 E. Washington Street, Room 1601
Indianapolis, IN 46204

You are hereby notified that you have been summoned by the person named as Plaintiff and in the Court indicated above.  The nature of the suit is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made by the Plaintiff.

An Answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.  If you need the name of an attorney, you may contact the Indiana State Bar Association at (317) 639-5465.

Dated: _4/22/2019_____          *Myla A. Eldridge*
                                                              _____
                                                              Clerk of Marion Superior/Circuit Court

 _X_ Registered or Certified Mail          /s/ Robert D. King, Jr.
 ___ Service on individual of the above address    _____
 ___ Service at place of employment        Robert D. King, Jr. (#20963-49)
 ___ Service on agent                      ROB KING & ASSOCIATES, TRIAL LAWYERS
                                           22 E. Washington St., Suite 310
                                           Indianapolis, IN 46204
                                           Phone: (317) 916-0000; Fax: (317) 955-1844

MARION COUNTY COURTS
SEAL
INDIANA

## Sheriff's Return on Service of Summons

I hereby certify that I have served this summons on the _____ day of _____, 2019.

   (1)  By delivering a copy of the Summons and a copy of the complaint to the Defendant,

   (2)  By leaving a copy of the Summons and a copy of the complaint at _____, which is the dwelling place or usual place of abode of Defendant _____ and by mailing a copy of the Summons to the Defendant at the above address.

   (3)  Other Service or Remarks:

Sheriff's Costs                 Sheriff _____

                               by Deputy _____

## Clerk's Certificate of Mailing

I hereby certify that on the _____ day of _____, 2019, I mailed a copy of this Summons and a copy of the complaint to the Defendant _____ by mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated: _____      Clerk, _____ Superior Court

                             by _____

## Return on Service of Summons by Mail

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant _____ was accepted by the Defendant on the _____ day of _____, 2019.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the _____ day of _____, 2019.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant _____ was accepted by _____ on behalf of the Defendant on the _____ day of _____, 2019.

                     Clerk, _____ Superior Court

                             by _____

STATE OF INDIANA          )          IN THE MARION CIRCUIT/SUPERIOR COURT
                          ) SS:
COUNTY OF MARION          )          CAUSE NO.

Gary Haddock                        )
     *Plaintiff*,                  )
                                    )
   v.                             )
                                    )
Jonathon Phelps,                    )
Craig Stuart Wagoner                )
Paul William Bellows,               )
Michael Brian Wagner-Gilbert,       )
Robert Paul Ferguson, and the       )
City of Indianapolis,               )
     *Defendants.*                 )

## <u>Demand for Jury Trial</u>

Plaintiff, by counsel, requests that this matter be set for trial by jury.

Respectfully submitted,


  /s/ Robert D. King, Jr.
Robert D. King, Jr. (#20963-49)
ROB KING & ASSOCIATES, TRIAL LAWYERS
22 E. Washington St., Suite 310
Indianapolis, IN 46204
Phone: (317) 916-0000
Fax: (317) 955-1844
Email: rking@robertkinglaw.com

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
|---|---|---|
| | ) SS: | CIVIL DIVISION 11 |
| COUNTY OF MARION | ) | CAUSE NO. 49D11-1904-CT-016004 |

| | |
|---|---|
| Gary Haddock | ) |
|      *Plaintiff,* | ) |
| | ) |
|   v. | ) |
| | ) |
| Jonathon Phelps, | ) |
| Craig S. Wagoner, | ) |
| Paul W. Bellows, | ) |
| Michael B. Wagner-Gilbert, | ) |
| Robert P. Ferguson, and the | ) |
| City of Indianapolis, | ) |
|      *Defendants.* | ) |

## Notice of Successful Service on Defendants

Plaintiff hereby notifies the Court that on April 26, 2019, Defendants were successfully served with the complaint and summons filed in this case. Evidence of such service is attached hereto.

Respectfully submitted,

/s/ David R. Thompson
David R. Thompson (#28806-29)
ROB KING & ASSOCIATES, TRIAL LAWYERS
22 E. Washington St., Suite 310
Indianapolis, IN 46204
Phone: (317) 916-0000
Fax: (317) 955-1844
Email: dthompson@robertkinglaw.com

**Certificate of Service**

I hereby certify that on April 29, 2019, I served the foregoing document upon the following party of record by U.S. Mail, first class, postage prepaid.

Robert P. Ferguson, Paul Bellows, Michael Wagner-Gilbert, Jonathon Phelps, Craig Wagoner, and The City of Indianapolis
c/o Office of Corporation Counsel
200 E. Washington Street, Room 1601
Indianapolis, Indiana 46204

      /s/ David R. Thompson
David R. Thompson (#28806-29)
ROB KING & ASSOCIATES, TRIAL LAWYERS
22 E. Washington St., Suite 310
Indianapolis, IN  46204
Phone: (317) 916-0000
Fax: (317) 955-1844
Email: dthompson@robertkinglaw.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION 11 |
| COUNTY OF MARION | ) | CAUSE NO. 49D11-1904-CT-016004 |

Gary Haddock                             )
         *Plaintiff*,                  )
                                   )
       v.                           )
                                   )
Jonathon Phelps,                  )
Craig S. Wagoner,               )
Paul W. Bellows,               )
Michael B. Wagner-Gilbert,     )
Robert P. Ferguson, and the      )
City of Indianapolis,            )
        *Defendants*.         )

### **Affidavit of John Stringfield**

John Stringfield, first being duly sworn upon his oath, states as follows:

1.      I am more than 18 years of age, have personal knowledge of the matters attested in this Affidavit, and am competent to testify herein.

2.      On April 26, 2019, I personally served a copy of the complaint and respective summonses to Defendants Robert P. Ferguson, Paul Bellows, Michael Wagner-Gilbert, Jonathon Phelps, Craig Wagoner, and The City of Indianapolis, c/o Office of Corporation Counsel, located at 200 E. Washington Street, Room 1601, Indianapolis, Indiana 46204.

3.      On April 26, 2019, I also personally served a copy of the complaint and summons to Defendant The City of Indianapolis by personally delivering them to the Mayor's office, located at 200 E. Washington Street, Room 2501, Indianapolis, Indiana 46204.

FURTHER AFFIANT SAYETH NAUGHT

  **I affirm under the penalties of perjury that the foregoing representations are true and correct.**

Dated:   4/29/19

                John Stringfield

STATE OF INDIANA)          MARION COUNTY SUPERIOR COURT
                 ) ss:
COUNTY OF MARION )          CAUSE NO.: 49D11-1904-CT-016004

GARY HADDOCK,                        )
                                     )
            Plaintiff,               )
                                     )
      v.                             )
                                     )
JONATHON PHELPS,                     )
CRAIG S. WAGONER,                    )
PAUL W. BELLOWS,                     )
MICHAEL B. WAGNER-GILBERT,           )
ROBERT P. FERGUSON, and the          )
CITY OF INDIANAPOLIS                 )
                                     )
            Defendants.              )

## NOTICE OF AUTOMATIC EXTENSION OF TIME

Defendants, Jonathon Phelps, Craig S. Wagoner, Paul W. Bellows, Michael B. Wagner-Gilbert, Robert P. Ferguson, and the City of Indianapolis, by counsel, hereby give notice pursuant to LR 49-TR5-203, respectfully request an enlargement of time in which to respond to Plaintiff's Complaint for damages.  Defendant received service of Plaintiff's Complaint on April 26, 2019.  A response is due on May 20, 2019.  Defendant requests an additional 30 days, up to and including June 20, 2019.  This is Defendant's first extension of time.

Respectfully submitted,

/s/ Andrew C. Scheil
Andrew C. Scheil (33826-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Email: andrew.scheil@indy.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 16, 2019 a copy of the foregoing NOTICE OF AUTOMATIC

EXTENSION OF TIME was filed electronically. Service of this filing will be made on the below

Registered Users via the Indiana E-Filing System.

Robert D. King, Jr.
David R. Thompson
ROB KING & ASSOCIATES, TRIAL LAWYERS
22 E. Washington Street., Suite 310
Indianapolis, Indiana 46204


                                        */s/ Andrew C. Scheil*
                                        Andrew C. Scheil (33826-49)
                                        Assistant Corporation Counsel




OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
Email: andrew.scheil@indy.gov

Filed: 5/6/2019 2:02 PM
Clerk
Marion County, Indiana

STATE OF INDIANA      )     MARION COUNTY SUPERIOR COURT
                    ) ss:
COUNTY OF MARION     )     CAUSE NO.: 49D11-1904-CT-016004

GARY HADDOCK,          )
                        )
        Plaintiff,        )
                        )
     v.                 )
                        )
JONATHON PHELPS,      )
CRAIG S. WAGONER,     )
PAUL W. BELLOWS,      )
MICHAEL B. WAGNER-GILBERT, )
ROBERT P. FERGUSON, and the )
CITY OF INDIANAPOLIS    )
                        )
        Defendants.     )

## <u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

1.  The party on whose behalf this form is being filed is:
Initiating \_\_\_\_\_     Responding \_\_<u>X</u>\_\_     Intervening _____

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

**JONATHON PHELPS, CRAIG S. WAGONER, PAUL W. BELLOWS, MICHAEL B. WAGNER-GILBERT, ROBERT P. FERGUSON, and the CITY OF INDIANAPOLIS**

2.  Attorney information for service as required by Trial Rule 5(B)(2):

    Andrew C. Scheil              Attorney Number: (33826-49)
    200 East Washington Street, Suite 1601
    Indianapolis, Indiana 46204
    Phone: (317) 327-4055
    Fax: (317)327-3968
    Email: andrew.scheil@indy.gov

3.  This is an CT case type as defined by administrative Rule 8(B)(3).

4.  This case involves child support issues. Yes \_\_\_\_\_     No \_\_<u>X</u>\_\_

5.  This case involves a protection from abuse order, a work place violence restraining order, or a no-contact order.  Yes _____      No __X__

6.  NOT APPLICABLE.

7.  There are related cases.  Yes _____      No __X__

8.  Additional information required by local rule: NONE.

9.  There are other party member. Yes _____      No __X__

10. This form has been served on all other parties and Certificate of Service is attached.
    Yes __X__      No _____

                              Respectfully Submitted,

                              */s/ Andrew C. Scheil*_____
                              Andrew C. Scheil (33826-49)
                              Assistant Corporation Counsel
                              OFFICE OF CORPORATION COUNSEL
                              200 East Washington Street, Suite 1601
                              Indianapolis, Indiana 46204
                              Telephone: (317) 327-4055
                              Email: andrew.scheil@indy.gov

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2019 a copy of the foregoing APPEARANCE was filed electronically. Service of this filing will be made on the below Registered Users via the Indiana E-Filing System.

Robert D. King, Jr.
David R. Thompson
ROB KING & ASSOCIATES, TRIAL LAWYERS
22 E. Washington Street., Suite 310
Indianapolis, Indiana 46204

*/s/ Andrew C. Scheil*
Andrew C. Scheil (33826-49)
Assistant Corporation Counsel